[No. 9710.   In Bank. — November 27, 1885.]

IN THE MATTER OF THE ESTATE OF MICHAEL DOYLE, DECEASED.

APPEAL — NEW TRIAL — CONTESTING PROBATE OF WILL. — An order denying a motion for a new trial in the matter of a contest as to the probate of a will is appealable.

MOTION to dismiss an appeal from an order of the Superior Court of the city and county of San Francisco refusing a new trial.

The facts are stated in the opinion of the court.

*R. Percy Wright*, for Appellant.

*H. C. Newhall*, for Respondent.

MORRISON, C. J. — This is a contested will case, and the appeal is from an order of the court below denying the contestant's motion for a new trial in the matter of contest for the probate of the will. The only question before us is whether such an order is an appealable order. We think that under sections 1714, 1715, 1716, 1717,

and 963, Code of Civil Procedure, the order appealed from is an appealable order, and therefore the motion to dismiss the appeal is denied.

THORNTON, J., ROSS, J., and MYRICK, J., concurred.